**1176** OSTRANDER ET AL. vs. BOARD OF SUPERVISORS (Gratiot), No. 15854; 69 N. W., 91; 3 D. L. N., 570. (Certiorari to Gratiot.)

To compel respondent to recognize relators as supervisors, having been elected as such by the city of St. Louis.

Affirmed and writ granted December 4, 1896, with costs.


**1177** SMITH (Mayor, Eaton Rapids) vs. BOARD OF SUPERVISORS (Eaton), 56 M., 217.

To compel the board to recognize relator's right to sit and act as a member of said board.

Granted January 28, 1885.

The charter of the City of Eaton Rapids provides that the supervisor of the city shall, together with the mayor, represent the city in the County Board of Supervisors, and shall be entitled to the same rights, privileges and powers as any other member.


**1178** LAWRENCE vs. LETIKER ET AL., No. 11913½.

To compel respondents to recognize relator as a member and chairman of the Board of Wayne County Auditors.

Order to show cause denied April 22, 1891.

Relator was appointed by the governor to fill vacancy. The Board of Supervisors afterwards called a special election to fill said vacancy, and one Trombly was elected. The board recognized said Trombly, and acted with him and refused to act with or recognize relator.